# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHARLES W. ROBINSON**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| vs.    ) | Case No.    04-2580-KHV |
| ) | |
| **WALGREEN CO.**    ) | |
| ) | |
| **and**    ) | |
| ) | |
| **MARK JOHNSON d/b/a**    ) | |
| **HONEY DO'S LAWN & LANDSCAPE CO.**    ) | |
| ) | |
| **Defendants.**    ) | |
| ) | |

## JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE

NOW on this 27th day of April 2006, this matter comes before the Court on Plaintiff's Motion to Dismiss this matter with prejudice. Plaintiff appears by and through counsel, John G. O'Connor of Robb, Taylor & O'Connor. Defendant Walgreen Co. appears by and through its counsel, Chris S. Cole of Woodard, Hernandez, Roth & Day, L.L.C. Defendant Mark Johnson d/b/a Honey Do's Lawn & Landscaping appears by and through his counsel, Ben Schmitt and Angie Lucas of Schmitt, Manz, Swanson & Mulhern, P.C. There are no other appearances.

WHEREUPON, the parties advised the Court that an agreement has been reached by, among and between them for full final and complete settlement and satisfaction of all of the claims of Plaintiff against Defendants.

WHEREUPON, the Court finds as follows:

1.  By reason of the agreement of the parties, it is by the Court considered, ordered,

      adjudged and decreed that this case should be and is hereby dismissed with prejudice.

2.    The parties to this action shall be responsible for the payment of their own costs, fees and expenses.

3.    This order shall effect no lien or incumbrance upon any real or personal property now owned or hereafter acquired by Defendants, and Plaintiff specifically waives and disclaims any claims or incumbrance upon any real or personal property now owned or hereafter acquired by Defendants.

IT IS THEREFORE BY THE COURT CONSIDERED ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff against the Defendants in the above entitled action be, and the same are hereby, dismissed with prejudice with the costs herein taxed to the party incurring the same.

**IT IS SO ORDERED.**

                                                      s/ Kathryn H. Vratil
                                                    HONORABLE KATHRYN H. VRATIL
                                                    United States District Judge

APPROVED:


  /s/John G. O'Connor
John G. O'Connor, KS # 10362
*Attorney for Plaintiff*
Robb, Taylor & O'Connor
827 Armstrong Avenue
Kansas City, KS   66101
Telephone:    913/321-9600
Fax:          913/321-0199
E-mail: jack_oconnor2000@yahoo.com



  /s/ Chris S. Cole
Chris S. Cole, KS # 16343
*Attorney for Defendant Walgreen Co.*

Woodard, Hernandez, Roth & Day, L.L.C.
257 N. Broadway, Suite 300
Wichita, KS 67202
Telephone: 316/263-4958
Fax: 316/263-0125
E-mail: ccole@woodard-law.com


  /s/ Ben T. Schmitt
Ben T. Schmitt, KS # 14124
Angela D. Lucas, KS # 20520
***Attorneys for Defendant Mark Johnson***
Schmitt, Manz, Swanson & Mulhern, P.C.
1000 Walnut Street, Suite 800
Kansas City, MO  64106
Telephone: 816/472-5310
Fax: 816/472-5320
E-mail: bschmitt@schmittmanzlaw.com
         alucas@schmittmanzlaw.com